IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLIPTIC WORKS LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. _____ |
| | : |
| FLUIDRA SA, FLUIDRA NORTH AMERICA LLC, FLUIDRA USA LLC, ZODIAC POOL SOLUTIONS NORTH AMERICA LLC, ZODIAC POOL SYSTEMS LLC, and ZODIAC POOL CARE EUROPE SAS, | : : : : : |
| | : |
| Defendants. | : |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2025, the Court having considered Plaintiff's Motion to File Exhibits 4 and 6 to the Complaint Under Seal (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS HEREBY FURTHER ORDERED that Plaintiff shall file Exhibits 4 and 6 to its Complaint under seal.

_____
United States District Court Judge

4901-7899-7271, v. 1