# EXHIBIT 9

 

App design is representative and subject to change.

La conception de l'application est représentative et est sujette à changement

El diseño de la aplicación es representativo y está sujeto a cambios.

Zodiac Pool Systems LLC
2882 Whiptail Loop # 100
Carlsbad, CA 92010, USA
PolarisPool.com | 1.800.822.7933

Zodiac Pool Systems Canada, Inc.
2-3365 Mainway
Burlington, ON L7M 1A6, Canada
PolarisPool.ca | 1.800.822.7933

A Fluidra Brand

Manufactured in Malaysia. For sale in the United States, Canada and Mexico only. This cleaner is not warranted outside the United States and Canada.

Apple and the Apple logo are trademarks of Apple, Inc., registered in the U.S. and other countries. App Store is a service mark of Apple, Inc., registered in the U.S. and other countries. Google Play and the Google Play logo are trademarks of Google LLC.

©2023 Zodiac Pool Systems LLC. All rights reserved. Polaris® and the Polaris 3-wheeled cleaner design are registered trademarks of Zodiac Pool Systems LLC. All other trademarks referenced herein are the property of their respective owners. 82929

C0380600_REVC