# EXHIBIT 10

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 1

| Claims | Analysis of Polaris FREEDOM Plus ("Polaris Product")<br><br>Materials Analyzed:<br>Polaris FREEDOM Plus product<br>Polaris FREEDOM Plus \| Polaris Pool accessed June 5, 2025-December 4, 2025<br>Exhibit A: Freedom Plus User Manual<br>Exhibit B: Freedom Plus Product Brochure |
|---|---|
| 1.        A system, comprising: | |
| a pool device operable in fluid in a pool and configured to perform one or more actions; | The Polaris Product satisfies this limitation. The Polaris Product is a pool device that includes a cordless robotic cleaner that performs one or more actions.  The cleaner can move while cleaning the pool surface floor or wall. See Exhibit B.<br><br> |
| a light sensor operable when completely or partially submerged in a fluid of the pool, wherein the light sensor is configured to receive a light signal having encoded therein information concerning operation of the pool device; | The Polaris Product satisfies this limitation. The Polaris Product has a light sensor operable when completely or partially submerged in the fluid of the pool.  The light sensor has four parallel photosensors pointing in different directions to each other, as shown in the images below. See Exhibit A, page 8, Section 3.5. |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 2



See Exhibit A, page 10, Figure 10.



Figure 10.   Remote Control End in the Pool

See video accessed at <u>Polaris FREEDOM Plus | Polaris Pool</u> (accessed June 5, 2024), a screenshot of which is reproduced below:

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 3



| | |
|---|---|
| a first control device electronically coupled to the light sensor, wherein the first control device is configured to generate a data signal based on the light signal; and<br><br>a second control device configured to, based on the data signal, cause an action of the pool device in response to the information encoded in the data signal. | The Polaris Product satisfies this limitation. The light sensors of the Polaris Product are coupled to a microcontroller.  The controller samples incoming voltage through analog-to-digital conversion.  The microcontroller has a processor and a memory unit. See Exhibit A, page 9, Section 3.9.<br><br><br><br>On the remote, once a button is pushed, the microcontroller creates a light pattern; white LED sends out the light signal, roughly for a second.  The photo sensors on the robot detects the incoming signal.  The microcontroller samples the signal and identifies (demodulates |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 4

| | and decodes) the data.  This data, or signal, is then transmitted to another controller, which then activates the motors according to the incoming command signal, and signals the reception through some LED indicators.  Thus, the first controller converts the light signal to the electronic signal, the electronic signal is then configured to cause "at least an action of the pool device in response to the information encoded in the electronic signal" as required in the claim  via a second controller in the pool device. |
|---|---|
| 9.        A system, comprising: | |
| a first communication assembly having a light transmitter configured to emit a light signal having encoded therein information, a controller electronically coupled to the light transmitter, and a power source; | The Polaris Product satisfies this limitation. The remote is a first communication assembly. The remote has light transmitter, control device coupled to the light transmitter, and a power source (AA battery).  See also Exhibit A, page 10, Figure 10.  Figure 10.   Remote Control End in the Pool |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 5

| | |
|---|---|
| | See video accessed at <u>Polaris FREEDOM Plus | Polaris Pool</u>, a screenshot of which is reproduced below:<br><br> |
| a second communication assembly operable when in fluid of a pool, the second communication assembly having a light sensor configured to receive the light signal from the light transmitter, wherein the second communication assembly is operable when completely or partially submerged in fluid of the pool; and | The Polaris Product satisfies this limitation. The Polaris Product has a second communication assembly operable when completely or partially submerged in the fluid of the pool.  The light sensor has four parallel photosensors pointing in different directions to each other, as shown in the images below. See Exhibit A, page 8, Section 3.5.<br><br> |
| a pool device having one or more processors in communication with | The Polaris Product satisfies this limitation. The device includes a cordless robotic cleaner that performs one or more actions.  The cleaner can move while cleaning the pool surface |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 6

| | |
|---|---|
| the second communication assembly, the one or more processors configured to cause an action of the pool device in response to the information encoded in the light signal. | floor or wall.  The light sensors above or coupled to a microcontroller.  The controller samples incoming voltage through analog-to-digital conversion.  The microcontroller has a processor and a memory unit.  See Exhibit A, p. 9, Section 3.8:<br><br>"The LiFi remote control uses light signals to communicate underwater with the cleaner. *Use the remote to start/stop a cleaning cycle, direct the cleaner, or remove the cleaner from the pool.* Bright sunlight may interfere with the signal. Hold tip of remote underwater pointing at the cleaner's antenna to send a command. Maximum distance between remote control and cleaner is 20 feet (7m). The remote is water resistant up to 1 foot (30cm) and floats if dropped in water."<br><br><br><br>On the remote, once a button is pushed, the microcontroller on the remote creates light pattern; white led sends out the light signal, roughly for a second.  The photo sensors on the robot detects the incoming signal.  The microcontroller samples the signal and identifies (demodulates and decodes) the data.  This data, or signal, is then transmitted to another controller, which then activates the motors according to the incoming command signal, and signals the reception through some LED indicators.  Thus, the first controller converts the light signal to the electronic signal, the electronic signal then configured to cause "at least an action of the pool device in response to the information encoded in the electronic signal" as required in the claim  via a second controller in the pool device. See also Exhibit B. |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 7



| 16. | A system for a pool, comprising: | |
| a light transmitter configured to generate a light signal having encoded therein information; | The Polaris Product satisfies this limitation. The remote includes a light transmitter in the form an LED.<br><br>See Exhibit A, page 10, Figure 10. |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 8



**Figure 10.   Remote Control End in the Pool**

See video accessed at <u>Polaris FREEDOM Plus | Polaris Pool</u>, a screenshot of which is reproduced below:



| | |
|---|---|
| a pool device operable in fluid in a pool; | The Polaris Product satisfies this limitation. The Polaris Product is a pool device that includes a cordless robotic cleaner that performs one or more actions.  The cleaner can move while cleaning the pool surface floor or wall. See Exhibit B. |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 9

<table>
<tr>
<td></td>
<td></td>
</tr>
<tr>
<td>a light sensor operable when at least partially submerged in fluid of the pool, wherein the light sensor is configured to receive the light signal having encoded therein information; and</td>
<td>The Polaris Product satisfies this limitation. The Polaris Product has a light sensor operable when completely or partially submerged in the fluid of the pool.  The light sensor has four parallel photosensors pointing in different directions to each other, as shown in the images below. See Exhibit A, page 8, Section 3.5.



See Exhibit A, page 10, Figure 10.</td>
</tr>
</table>

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 10



Figure 10.   Remote Control End in the Pool

See video accessed at <u>Polaris FREEDOM Plus | Polaris Pool</u>, a screenshot of which is reproduced below:

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 11



| one or more control devices separate from the light sensor and electronically coupled to the light sensor, the one or more control devices having one or more processors and one or more memory units including stored thereon signal processing instructions, which, when executed by the one or more processors, converts the light signal into a data signal and controls operation of the pool device based upon the information encoded in the light signal. | The Polaris Product satisfies this limitation. The light sensors of the Polaris Product are coupled to a microcontroller. The controller samples incoming voltage through analog-to-digital conversion. The microcontroller has a processor and a memory unit. See Exhibit A, page 9, Section 3.9.  On the remote, once a button is pushed, the microcontroller creates a light pattern; white |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 12

| | |
|---|---|
| | LED sends out the light signal, roughly for a second. The photo sensors on the robot detects the incoming signal. The microcontroller samples the signal and identifies (demodulates and decodes) the data. This data, or signal, is then transmitted to another controller, which then activates the motors according to the incoming command signal, and signals the reception through some LED indicators. Thus, the first controller converts the light signal to the electronic signal, the electronic signal is then configured to cause "at least an action of the pool device in response to the information encoded in the electronic signal" as required in the claim via a second controller in the pool device.<br><br>See also Exhibit A, p.9, Section 3.8:<br>"The LiFi remote control uses light signals to communicate underwater with the cleaner. Use the remote to start/stop a cleaning cycle, direct the cleaner, or remove the cleaner from the pool. Bright sunlight may interfere with the signal. Hold tip of remote underwater pointing at the cleaner's antenna to send a command. Maximum distance between remote control and cleaner is 20 feet (7m). The remote is water resistant up to 1 foot (30cm) and floats if dropped in water." |
| 24.    A system, comprising: | |
| a first communication assembly having a light transmitter configured to emit a light signal having encoded therein information, and a controller electronically coupled to the light transmitter, wherein the controller includes signal processing instructions for the light signal; | The Polaris Product satisfies this limitation. The remote is a first communication assembly. The remote has light transmitter, control device coupled to the light transmitter, and a power source (AA battery).<br><br><br><br>The Polaris Product has a light sensor operable when completely or partially submerged in the fluid of the pool. The light sensor has four parallel photosensors pointing in different directions to each other, as shown in the images below. See Exhibit A, page 8, Section 3.5. |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 13



See Exhibit A, page 10, Figure 10.



Figure 10.   Remote Control End in the Pool

See video accessed at Polaris FREEDOM Plus | Polaris Pool (accessed June 5, 2024), a
screenshot of which is reproduced below:

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 14

| | |
|---|---|
| |  |
| a pool device operable in fluid in a pool; | The Polaris Product satisfies this limitation. The Polaris Product is a pool device that includes a cordless robotic cleaner that performs one or more actions. The cleaner can move while cleaning the pool surface floor or wall. See Exhibit B. |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 15

| | |
|---|---|
| a second communication assembly coupled to the pool device and operable in the fluid of the pool, the second communication assembly having a light sensor configured to receive the light signal from the light transmitter; and | The Polaris Product satisfies this limitation. The pool device has a light sensor operable when completely or partially submerged in the fluid of the pool. The light sensor has a four parallel photosensors pointing in different directions to each other, as shown in the images below.<br><br> |
| one or more control devices separate from the light sensor and electronically coupled to the light sensor, the one or more control devices having one or more processors and one or more memory units including stored thereon signal processing instructions, which, when executed by the one or more processors, converts the light signal into a data signal and controls operation of the pool device based upon the information encoded in the light signal. | The Polaris Product satisfies this limitation. The light sensors of the Polaris Product are coupled to a microcontroller. The controller samples incoming voltage through analog-to-digital conversion. The microcontroller has a processor and a memory unit. See Exhibit A, page 9, Section 3.9.<br><br><br><br>On the remote, once a button is pushed, the microcontroller creates a light pattern; white LED sends out the light signal, roughly for a second. The photo sensors on the robot detects the incoming signal. The microcontroller samples the signal and identifies (demodulates and decodes) the data. This data, or signal, is then transmitted to another controller, which |

Claim Chart of Independent Claims of U.S. Patent No. 12,134,913 Against Polaris FREEDOM Plus
Page 16

| | then activates the motors according to the incoming command signal, and signals the reception through some LED indicators.  Thus, the first controller converts the light signal to the electronic signal, the electronic signal is then configured to cause "at least an action of the pool device in response to the information encoded in the electronic signal" as required in the claim  via a second controller in the pool device. |
|---|---|

# EXHIBIT A

# USER MANUAL



**Owner's Manual**
**Manuel d'installation et d'utilisation**
**Manual de instalación y operación**

# Cordless Robotic Cleaner

FREEDOM™ Plus

TYPE EB37--

**⚠ WARNING**

FOR YOUR SAFETY – For anything other than the routine cleaning and maintenance described in this guide, this product must be serviced by a qualified professional with sufficient experience in pool equipment installation and maintenance so that all of the instructions in the product's complete installation and operations manual can be followed exactly. All safety instructions in the complete manual must be followed explicitly in order to prevent injury hazards. Improper installation and/or operation may void the warranty. Never turn the cleaner on unless it is fully submerged in the water. Doing so may void the warranty and may cause severe damage to the cleaner motors.

# Table of Contents

**Section 1.    Important Safety Instructions.........4**

**Section 2.    Cleaner Specifications ....................6**
2.1  General Specifications ...................................6
2.2  Contents.........................................................6

**Section 3.    General Cleaner Operation .............6**
3.1  Assemble the Charging Station.....................6
3.2  Set Up and Charging.....................................7
3.3  Information/Status LEDs ...............................8
3.4  Charging Caddy Status.................................8
3.5  Remote Control Status..................................8
3.6  Start Cleaner .................................................9
3.7  Submerge the Cleaner ..................................9
3.8  Remote Control .............................................9
3.9  Removal .......................................................10

**Section 4.    Installing iAquaLink® .....................11**
4.1  Download the App ........................................11
4.2  Sign Up and Log In ......................................11
4.3  Configure the System...................................12

**Section 5.    iAquaLink® Control ........................12**
5.1  iAquaLink® Control Home Screen ................12

5.2  Set Cleaning Mode........................................12
5.3  In-App Error Messages and
       Troubleshooting............................................13
5.4  System Settings ............................................13

**Section 6.    Maintenance...................................13**
6.1  Clean the Cleaner and
       Charging Caddy ...........................................13
6.2  Clean the Filter Canisters.............................13
6.3  Storage..........................................................14
6.4  Replacing Wear Parts....................................14
6.5  Replacing Tracks...........................................15
6.6  Spare Parts....................................................16
6.7  Recycling & Disposal.....................................16

**Section 7.    Troubleshooting ............................17**
7.1  General Troubleshooting ...............................17
7.2  Charging Caddy Behavior .............................18
7.3  Cleaner Error Codes......................................19
7.4  Battery Error .................................................20
7.5  Remote Error .................................................20
7.6  Dismissing an Error Code .............................21
7.7  iAquaLink® Troubleshooting .........................21

THANK YOU FOR PURCHASING THIS POLARIS CLEANER.

YOUR POLARIS ROBOTIC CLEANER HAS BEEN DESIGNED AND MANUFACTURED TO BE EASILY INSTALLED AND TO PROVIDE LOW MAINTENANCE OPERATION.  PRIOR TO INSTALLING YOUR NEW POLARIS CLEANER, PLEASE DO THE FOLLOWING:

1)    Apply for product registration.
2)    Record your purchase information on the spaces provided below.
3)    Attach your invoice (or a copy) to this page.

Taking these steps will help ensure prompt warranty service, should it be required. If service is required, please contact your original dealer. If the original dealer does not perform warranty service, please visit polarispool.com to locate an independent service company near you. If you are unable to locate a service company, please call our Technical Support department at 1.800.822.7933.

RECORD YOUR POLARIS CLEANER DATA HERE:

Date of Purchase_____Purchased From_____    Serial Number:_____

(located on robot head)

City_____    State/Province_____    Zip/Postal Code_____

## SAVE THESE INSTRUCTIONS

Polaris® FREEDOM™ PLUS Cordless Robotic Cleaner  |  Owner's Manual

# FCC Statement

This device complies with Part 15 of the FCC Rules and IC licence-exempt RSS standard. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**NOTE:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instruction, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception which can be determined by turning the equipment off and on, the user is encouraged to try to correct interference by one or more of the following measures:

– Reorient or relocate the receiving antenna.

– Increase the separation between the equipment and receiver.

– Connect the equipment into an outlet on circuit different from that to which the receiver is connected.

– Consult the dealer or an experienced radio/TV technician for help

---

### ⚠ CAUTION

Any changes or modifications not expressly approved by the part responsible for compliance could void the user's authority to operate the equipment.

---

**NOTE:** This device complies with FCC and IC RF radiation exposure limits set forth for general population. This device must be installed to provide a separation distance of at least 20cm from all persons and must not be co-located or operating in conjunction with any other antenna or transmitter.

Under Industry Canada regulations, this radio transmitter may only operate using an antenna of a type and maximum (or lesser) gain approved for the transmitter by Industry Canada. To reduce potential radio interference to other users, the antenna type and its gain should be so chosen that the equivalent isotropically radiated power (e.i.r.p.) is not more than that necessary for successful communication.

**ISED Canada Regulatory Compliance Statement**

This device contains licence-exempt transmitter(s)/receiver(s) that comply with Innovation, Science and Economic Development Canada's licence-exempt RSS(s). Operation is subject to the following two conditions:

1. This device may not cause interference.
2. This device must accept any interference, including interference that may cause undesired operation of the device.

## SAVE THESE INSTRUCTIONS

## Section 1.   Important Safety Instructions

## READ AND FOLLOW ALL INSTRUCTIONS

Congratulations on purchasing this Polaris Robotic Pool Cleaner. Please read through the entire manual before installing your new robotic pool cleaner. Your cleaner must be installed and operated as specified.

---

### ⚠ WARNING

**Failure to comply with the following warnings can result in permanent injury, electrocution or death.**

**PREVENT ELECTRICAL SHOCK**

To reduce risk of electrical shock:

- Please read the manual carefully, especially the safety instructions, and make sure you understand them fully before using the product. Only use the equipment for the purposes specifically intended by the manufacturer. Carefully follow the instructions on operation, maintenance and repair.

- This Cleaner is not suitable for use by children and people with reduced physical, sensory or mental capabilities or inexperienced people who are not familiar with the product. Children should be supervised to ensure that they do not play with the appliance, even when it is not in operation.

- Operators who perform maintenance must be fully conversant with its special features and safety regulations. Before using the cleaner, carefully read the operating manual and make sure you understand the instructions.

- Only use original spare parts, do not change the design of the Cleaner, do not remove, bypass or tamper with the safety devices installed. The manufacturer shall not be held liable if non-original spare parts are used. Failure to comply with this requirement may seriously endanger the health and safety of people.

- Ensure the cleaner is turned off before performing any adjustment or maintenance that the user is authorized to perform. Cleaning and maintenance must not be performed by children.

- Do not use the cleaner if the top cover or brushes are damaged.

- Never use and recharge the cleaner in explosive and/or flammable environments.

- Only use the battery charger supplied by the manufacturer. Improper use may cause electric shocks, overheating or leakage of corrosive liquids from the battery.

- If any liquid leaks, wash the cleaner with water/neutralizer; in case of contact with eyes, seek medical attention. Liquid ejected from the battery may cause irritation or burns.

- If the battery charger is damaged, have it replaced by the manufacturer or an authorized Fluidra dealer. DO NOT attempt to service the battery charger. A damaged cord can lead to contact with live parts.

- The product contains magnets and components that emit electromagnetic fields. The magnets and electromagnetic fields can interfere with pacemakers, defibrillators and other medical devices. Keep a safe distance between the medical device and the product. Consult your doctor or the manufacturer of the medical device for specific information about it. If you think that the product is interfering with a pacemaker, defibrillator, or any other medical device, stop using the product starting from the distance at which you feel interference.

- Do not smoke around, or allow the cleaner to be near sparks or flames.  The batteries can generate gases which could possibly ignite.

- If at any time you detect any physical damage to the cleaner chassis, such as swollen or cracked casing, STOP and do not continue discharging or charging the battery.

- Never attempt to disassemble a battery pack. A battery can produce a short circuit causing severe burns. Avoid contact between any wires or metal items that could cause sparking and short circuit the battery. If a battery leak occurs, avoid any contact with the leaking fluids and place the cleaner in a plastic bag. Wear complete eye protection, gloves and protective clothing when disposing of cleaner. If leaking fluids come in contact with skin and clothing, wash immediately with plenty of soap and water. If leaking fluids come in contact with eyes, do not rub eyes, immediately flush eyes with cool running water for at least 15 minutes and do not rub them. Seek medical attention as soon as possible.

- Do not use a battery operated appliance that is damaged or modified. Damaged or modified batteries may exhibit unpredictable behavior resulting in fire, explosion, or risk of injury.

- Connect unit to receptacle protected by a ground fault circuit interrupter (GFCI). Such a GFCI receptacle should be provided by a qualified installer and should be tested on a routine basis. To test the GFCI, push the test button. The GFCI should interrupt power. Push the reset button. Power should be restored. If the GFCI fails to operate in this manner, the GFCI is defective. If the GFCI interrupts power to the pump without the test button being pushed, a ground current is flowing, indicating the possibility of an electric shock. Do not use this product. Disconnect the cleaner and have the problem corrected by a qualified service representative before using.

Alkaline batteries:

- Operating Temperature: 10° to 40°C:
- Do not leave batteries or LIFI remote expose to high temperature, direct sunlight, or inclement weather.
- Risk of explosion if the battery is replaced by a different type of battery or mishandling.
- Risk of explosion if the battery is disposed of in a fire or hot oven, crushed mechanically, dismantled or cut.
- Respect the battery polarity.
- Do not recharge the battery.
- If you do not use the remote control for more than two months, please remove the batteries. Otherwise, battery leakage may damage the remote control.
- The battery must be disposed of properly. Recycling is required. Contact your local authority for more information.

LITHIUM-ION batteries:

- A battery can produce a short circuit causing several burns.
- If a battery leak occurs, avoid any contact with the leaking fluids and contact a professional to replace the battery.
- If leaking fluids come in contact with skin and clothing, wash immediately with plenty of soap and water.
- If leaking fluids come in contact with eyes, do not rub eyes. Immediately flush eyes with cool running water for at least 15 minutes and do not rub them. Seek medical attention as soon as possible.

---

## ⚠ WARNING

- Do not enter pool while the Polaris pool cleaner is in water.

- To reduce the risk of electrical shock, do not use the Polaris robotic cleaner or charging station if the cord is worn or damaged. Contact Zodiac Pool Systems LLC. Technical Support immediately for proper servicing and replacement of the damaged cord.

- Do not use a battery pack or battery operated appliance that is damaged or modified. Damaged or modified batteries may exhibit unpredictable behavior resulting in fire, explosion or risk of injury.

- Double insulation—For continued protection against possible electric shock, use only identical replacement parts when servicing. Do not attempt repair of the Polaris robotic cleaner, charging station, or power cord.

- DO NOT USE AN EXTENSION CORD TO CONNECT THE CHARGING STATION TO ELECTRIC SUPPLY; PROVIDE A PROPERLY LOCATED GFCI RECEPTACLE.

- NEVER OPEN CHARGING STATION.

- UNDER ABUSIVE CONDITIONS, LIQUID MAY BE EJECTED FROM THE BATTERY; AVOID CONTACT. LIQUID EJECTED FROM THE BATTERY MAY CAUSE IRRITATION OR BURNS. IF CONTACT ACCIDENTALLY OCCURS, FLUSH WITH WATER. IF LIQUID CONTACTS EYES, SEEK MEDICAL ATTENTION.

- DO NOT EXPOSE A BATTERY PACK OR APPLIANCE TO FIRE OR EXCESSIVE TEMPERATURE. EXPOSURE TO FIRE OR TEMPERATURE ABOVE 265°F/130°C MAY RESULT IN AN EXPLOSION.

**Battery Life & Disposal of Li-Ion Batteries**

- Regulations and laws pertaining to the recycling and disposal of Li-Ion batteries vary from country to country as well as by state and local governments. You should check the laws and regulations where you live.

- There are a number of facilities that recycle Li-Ion batteries. The Rechargeable Battery Recycling Corporation's web site, **www.rbrc.org** is an excellent source for finding a facility to handle these types of batteries. If you are not sure if your waste facility can handle Li-Ion batteries, contact them and verify if they are permitted or not.

- Remember that before any type of disposal the batteries should be discharged completely. Tape the cleaner charging contacts with electrical tape and package so as to prevent contacts accidentally coming together at any time.

- This cleaner contains a maintenance-free, rechargeable lithium ion battery pack, which must be disposed properly. Recycling is required.

**Battery Charger**

- Use ONLY the battery charger provided with this appliance.

- The battery charger must be connected only to a supply circuit that is protected by a ground-fault by a GFCI.

**PREVENT CHILD INJURY AND DROWNING**

- To reduce the risk of injury, do not permit children to operate this product. The appliance is not a toy for children.

- Do not let anyone, especially small children, sit, step, lean, or climb on any equipment installed as part of your pool's operational system.

## ⚠ CAUTION

**Failure to comply with the following warnings could cause damage to pool equipment or personal injury.**

- The Polaris cleaner must be installed and operated as specified.

- This product is intended for use with permanently-installed pools. Do not use with storable pools. A permanently-installed pool is constructed in or on the ground or in a building such that it cannot be readily disassembled for storage. A storable pool is constructed so that it is capable of being readily disassembled for storage and reassembled to its original integrity.

- Clean the filter canister in the Polaris cleaner after each use.

- Do not use the product in your pool if the water temperature is above 95°F (35°C) or below 55°F (13°C).

**USE OF THE POLARIS ROBOTIC CLEANER IN A VINYL LINER POOL**

- Certain vinyl liner patterns are particularly susceptible to rapid surface wear of pattern removal caused by objects coming into contact with the vinyl surface, including pool brushes, pool toys, floats, fountains, chlorine dispensers, and automatic pool cleaners. Some vinyl liner patterns can be seriously scratched or abraded simply by rubbing the surface with a pool brush. Ink from the pattern can also rub off during the installation process or when it comes into contact with objects in the pool. Zodiac Pool Systems LLC is not responsible for, and the Limited Warranty does not cover, pattern removal, abrasion or markings on vinyl liners.

# Section 2.  Cleaner Specifications

## 2.1  General Specifications

The general specifications for the cleaner are as follows:

| ⚠ **WARNING** |
|---|
| **Only use the battery charger supplied with the cleaner.** |

| | |
|---|---|
| **Charge Station Supply Voltage** | 110-240 VAC; 50/60 Hz Class II* |
| **Supply Voltage** | 29.4 V DC |
| **Battery Capacity** | 9.6 Ah |
| **Operating Power** | 29.4 W |
| **Cleaner Size (WxDxH)** | 16 x 16.5 x 11 inches (41 x 42 x 28 cm) |
| **Weight of Cleaner** | 20 lbs (9.1 kg) |
| **Packed Weight** | 36 lbs (16.5 kg) |
| **Filtration** | All-purpose filter canister |
| **Cycle Lengths** | Variable programming |
| **Charge Temperature** | Max 95°F (35°C) Min 40°F (5°C) |
| **Water Temperature Range** | Max 95°F (35°C) Min 55°F (13°C) |
| **Operating Depth** | Max 13 ft. (4 m) Min 15 in. (40 cm) |

*Class II: An appliance with double insulation or reinforced insulation that does not require grounding.

## 2.2  Contents

The packaging should contain the following items:

• Polaris Cleaner

• Removal Hook

• Charging Caddy

• Remote Control



**Figure 1.    Contents**

# Section 3.  General Cleaner Operation

## 3.1  Assemble the Charging Station

1.  Insert the charging station onto the charging caddy. Firmly push the charging station guides into the charging caddy holes until charging station is secure, see Figure 2.



**Figure 2.    Assemble Charging Station**

Refer to the charging caddy assembly document for charging caddy assembly instructions.

| ⚠ **CAUTION** |
|---|
| To prevent damage to the cleaner, be sure to adhere to the following guidelines: |

• Remove the cleaner from the pool after the cleaning cycle is completed.

• Store out of direct sunlight or inclement weather.

• For retrieval, either use the remote control to activate Lift system or use the manual retrieval hook, then pickup at waterline.

• Take additional care when lifting the cleaner out of the pool. It becomes heavier when filled with water.

• Always remove the cleaner from pool when super chlorinating or adding acid.

• Do not handle cleaner while it is in operation.

• Ensure that the cleaner is not in running mode before handling.

## ⚠ WARNING

DO NOT use an extension cord with the charging station

- Follow all charging instructions and do not charge outside of the temperature range specified in the instructions. Charging improperly or at temperatures outside of the specified range may damage the battery and increase the risk of fire.

- When charging, cleaner must NOT be exposed to direct sunlight, rain or inclement weather, heat ignition sources, pool and spa chemicals or water. DO NOT position cleaner and charging station on direct contact with soil.

- Charging station is outdoor-rated.

### 3.2    Set Up and Charging

1.  Select a charging location (GFCI outlet) at least 11.5 ft (3.5 m) away from the pool, out of direct sunlight, rain or inclement weather, and with adequate Wi-Fi strength.



**Figure 3.    Charging Location**

2.  Align the cleaner and charging station with the wall for easier access to the controls and handle.

3.  Plug charging station into GFCI.

4.  Seat cleaner on charging contacts. When correctly positioned, the cleaner will "beep" and begin charging.



**Figure 4.    Plug in Charging Caddy and Seat Cleaner**

## IMPORTANT

- Start the cleaner, then fully submerge in the water to start cleaning cycle.

- At the end of each cycle, remove the cleaner from the pool and recharge.

- Clean the filter canister after each cleaning cycle.

- Do not leave your cleaner in the pool on a permanent basis.

The Polaris robotic cleaner includes a safety feature that automatically stops the cleaner if it is powered on but not submerged in water. For pools equipped with a beach area, this safety feature is programmed to drive the cleaner in reverse and back into the pool when the impeller is out of the water.

5.  Before using the cleaner for the first time, fully charge the cleaner until the battery indicator shows solid green.

6.  Dry the cleaner and charging contacts, then charge the cleaner before every cleaning cycle. The battery indicator slowly blinks orange while charging, slowly blinks green when it can be used to run a cycle, and shows solid green when fully charged.

7.  You can check the current charge level in the app whenever the cleaner is on the charging station and connected to WiFi.

8.  The cleaner goes into deep sleep after 8 days of inactivity to protect the battery. When all indicators are off, the cleaner is in sleep mode. Re-set the cleaner on the charging base to wake up. If this does not work, see Troubleshooting.

## ⚠ WARNING

Failure to comply with the following warnings can result in permanent injury, electrocution or drowning.

### PREVENT ELECTRICAL SHOCK AND FIRE

- **U.S.:** Per NEC® requirements, keep the charging station at least five (5) ft. (1.5 m) from the edge of the pool. **CANADA:** Per CEC requirements, keep the charging station at least three (3) m (10 ft.) from the edge of the pool.

- Only connect the charging station to a receptacle protected by a ground fault circuit interrupter (GFCI). Contact a certified electrician if you cannot verify that the receptacle is protected by a GFCI.

- Do not use an extension cord to connect the charging station.

- Do not allow anyone to swim while the cleaner is in the pool.

- Follow all charging instructions and do not charge cleaner outside of the temperature range specified in the instructions. Charging improperly or at temperatures outside of the specified range may damage the battery and increase the risk of fire.

## 3.3    Information/Status LEDs

| Battery Status | Solid Green | Fully charged. |
|---|---|---|
| | Blinking Green | Ready to run a full cycle (2 h 30 min). |
| | Solid Orange | Not fully charged. May not run a complete floor & wall cycle. |
| | Blinking Orange | Very low battery level. Charge required. Cannot run cleaner. |
| | Blinking Red | Charging error. Cleaner is too hot. |
| Wi-Fi Connection Status | Blinking Blue | Pairing. |
| | Solid Blue | Connected to Wi-Fi. |
| Operating Status | Blinking Blue | Out of Water: Ready to submerge, start cleaning. In Water: End of cycle. Waiting for removal from pool. |
| | Blinking Red | Error. See app or troubleshooting. |
| | Floor, walls, and waterline (2 h 30 min) | Additional cleaning modes available in app. If app mode chosen, both lights are illuminated. |
| | Floor only (1 h 30 min) | |

The Cleaner goes into deep sleep after 8 days of inactivity to protect the battery. When all indicators are off, the cleaner is in sleep mode. Re-set the cleaner on the charging base to wake it up. If this does not work, see troubleshooting.

## 3.4    Charging Caddy Status

| Solid Green | Base is receiving power |
|---|---|
| Solid Red | Charging is in progress |
| Blinking Green | Charging caddy needs to be replaced |



**Figure 5.    Charging Caddy Status LED**

## 3.5    Remote Control Status

| Remote | Blinking | Possible Cause | Solutions |
|---|---|---|---|
| | **red blinking LED** | Remote Battery Power is Low | Remove battery cover and replace both AA batteries. |

**NOTE:** To replace batteries, use Phillips head screwdriver to remove 6 screws and replace batteries. Securely tighten screws after replacement to ensure remote is watertight.

## 3.6    Start Cleaner

1.  Select Cleaning Mode using the slider by sliding and releasing to the left or by using the App.

| Cleaning Mode | Select | Runtime |
|---|---|---|
| **Floor/Wall** | Product or App | 2.5 hrs |
| **Floor** | Product or App | 1.5 hrs |
| **SMART** | In App | Calculated |
| **Waterline** | In App | 0:45 min |



**Figure 6.    Slide and Release Left to Select Mode**

**NOTE:**  Choose Floor Only mode to clean with Pool Cover on.

2.  Start the cleaner using the slider by sliding and releasing to the right or use the App.



**Figure 7.    Slide and Release Right to Start**

3.  The cleaner does not begin moving until it senses water. A blinking blue LED light means it is ready to clean.

## 3.7    Submerge the Cleaner

1.  At the center point, submerge the cleaner in the pool and hold in the vertical position to release any air trapped inside.



**Figure 8.    Submerge the Cleaner Vertically**

2.  Wait for bubbles to stop completely, then let the cleaner sink to the bottom of the pool.



**Figure 9.    Cleaner Sinking to the Bottom of the Pool**

3.  Cleaning cycle will start as soon as the cleaner detects the pool floor.



| ⚠ WARNING |
|---|
| Do not enter pool while the robotic cleaner is in water. |

## 3.8    Remote Control

The LiFi remote control uses light signals to communicate underwater with the cleaner. Use the remote to start/stop a cleaning cycle, direct the cleaner, or remove the cleaner from the pool. Bright sunlight may interfere with the signal. Hold tip of remote underwater pointing at the cleaner's antenna to send a command. Maximum distance between remote control and cleaner is 20 feet (7m). The remote is water resistant up to 1 foot (30cm) and floats if dropped in water.



**Figure 10.   Remote Control End in the Pool**

1.  Point the remote at the cleaner. Press ▶■ to start or stop the cleaner.

2.  Press and hold the arrows to navigate the cleaner. Release the button to stop the command.

**NOTE:** Using any of the remote control functions stops any in-progress cleaning cycle.

**NOTE:** DO NOT leave LIFI remote fully submerged for extended periods.

### 3.9    Removal

During the last 10 minutes of the cycle, the cleaner will climb to different walls and wait at the waterline. Remove using the handle. Water will expel to make it lighter (Not available in Floor Only mode). If the cleaner is not removed at the waterline, it will return to the floor at the end of the cycle.

**NOTE:** If connected to the iAquaLink® app, push notifications will be sent to your mobile device during this time to alert you to remove the cleaner while waiting.

#### 3.9.1    Lift System Retrieval with Remote Control

The Lift System is designed to assist in retrieving the cleaner from the pool. Lift System can be activated at any time during or after a cleaning cycle.

1.  Position the cleaner to face the wall you want using the remove control arrows.

2.  Press and release the Lift System button on the remote control.

3.  The cleaner moves to the wall it's facing and climbs to the waterline.

**NOTE:** DO NOT leave LIFI remote fully submerged for extended periods.



**Figure 11.   Cleaner Drives to Wall**

4.  Use the handle to take the cleaner out of the water. The cleaner will quickly expel water to allow for lighter, easier removal.



**Figure 12.   Remove Cleaner**

#### 3.9.2    Hook Retrieval

1.  When cleaner is on the floor, attach the hook (stored on the charging caddy) to a standard pool cleaning pole (not included).



**Figure 13.   Removal Hook**

2.  Secure the hook on the cleaner handle. Bring the cleaner to the waterline.



**Figure 14.   Secure the Hook**

3.  Pull up the cleaner by the handle and hold vertically to let the water drain into the pool.



**Figure 15.   Drain the Cleaner**

4.  Charge the cleaner on the charging caddy out of direct sunlight.



**Figure 16.   Store the Cleaner**

**NOTE:** For best results, dry the cleaner and base charging contacts before charging. Periodically clean the charging contacts. See maintenance section.

# Section 4.   Installing iAquaLink®



The iAquaLink app is available for download from the App Store or Google Play.

**Before you begin installation, make sure you have the following:**

- Robotic cleaner is on charging caddy
- Charging caddy is connected and plugged into a GFCI outlet
- Smart device (phone) with Wi-Fi and Bluetooth® enabled
- Wi-Fi router with sufficient signal strength at the charging station

| **IMPORTANT** |
|---|
| Have your Wi-Fi network password available |

## 4.1   Download the App

Install or update the **iAquaLink** app from the App Store or Google Play.

Once the download is complete, select the **iAquaLink icon** on your smart device to open the app.

## 4.2   Sign Up and Log In

Click **Sign Up** to create a new user account. Or, if you previously set up an iAquaLink account, click **Log In** to access your systems.

Complete all required fields in the Account Setup page and agree to the Terms and Conditions.

| ⚠ WARNING | |
|---|---|
|  | Do not enter pool while the robotic cleaner is in water. |

## 4.3   Configure the System

1.  On the My Systems page, click  +  in the upper right-hand corner to add a system.

2. Choose "Robotic Cleaner" from the list and choose your model type.

3. Follow on screen prompts to pair your cleaner.

4. Slide the slider right and HOLD for ten seconds to put the cleaner in Pairing Mode.

| Wi-Fi LED Indicates Connection Status | |
|---|---|
| | *BLINKING* - pairing |
| | *SOLID* - connected to internet |



**Figure 17.   Slide and Hold Right to Pair**

5. Follow on-screen prompts to add your cleaner and connect to your home router.

**NOTE:** If you have problems connecting, the Wi-Fi signal may not be strong enough next to the pool. Try placing the charging station in another location closer to your home router (see *iAquaLink Troubleshooting* section.)

# Section 5.   iAquaLink® Control

| IMPORTANT |
|---|
| WiFi signals cannot travel underwater. Most app functions are therefore not available during a cleaning cycle. Place the cleaner back on the charging stand to reconnect to the WiFi. |

| ⚠ WARNING | |
|---|---|
| | Do not enter pool while the robotic cleaner is in water. |

## 5.1    iAquaLink® Control Home Screen

App function and design is subject to change.

| | Start Cleaning |
|---|---|
| | Clean Mode |
| | Battery Charge Status |
| | Green Charged: Fully Charged |
| | Green Charging: Ready For Use |
| | Orange Charging |
| | Orange Partially Charged |

## 5.2    Set Cleaning Mode

**Start Cleaning**

1. From the main screen, select **Cleaning Mode** to view options.

2. Select Cleaning Mode. The factory default cleaning mode is Floor/Wall.

3. From the Home screen, press the Start button to begin cycle. The cleaner will start when it detects water and will cancel the cycle if not submerged after 5 minutes.

**NOTE:** At the beginning of each cleaning cycle, the robot confirms your pool parameters (approximately 10 minutes). During this time, the cleaner does not climb to the waterline.

| Cleaning Mode | Select | Runtime |
|---|---|---|
| Floor/Wall | Product or App | 2.5 hrs |
| Floor | Product or App | 1.5 hrs |
| SMART | In App | Calculated |
| Waterline | In App | 0:45 min |

**SMART Cycle**

SMART Cycle calculates a customized cleaning time optimized for your pool. On the first run of SMART Cycle, the app counts up as it calculates the optimized cleaning time.

On periodic SMART Cycle cleaning, the app will count down from the optimized cleaning time.

**NOTE:** To Recalculate SMART Cycle, go to the Set Cleaning Mode after the initial calculation.

### 5.3  In-App Error Messages and Troubleshooting

After removal and when connected to WiFi, the app will display any errors from the previous cleaning cycle.

1.  Click on the warning symbol to view troubleshooting advice on how to fix the issue.

2.  Choose **Clear Error** if you believe you have fixed the problem and want to re-try. Choose **OK** if you want to suspend the cleaner in error mode and work on the troubleshooting fix at a later time.

### 5.4  System Settings

Access System Settings by pressing the gear icon in the upper right hand corner of the app screen.

## Section 6.   Maintenance

> ⚠ **WARNING**
>
> To avoid electric shock and other hazards which could result in permanent injury or death, disconnect (unplug) the cleaner from the power source before performing any cleaning and maintenance.



**Figure 18.   Charging Caddy Distance to Pool Edge**

### 6.1  Clean the Cleaner and Charging Caddy

1.  Always dry the cleaner before setting on the charging caddy.

2.  Clean the charge plates ON the charging station using a cloth or scouring pad. DO NOT use metal sponges or brushes and solvents or salt water.



**Figure 19.   Clean the Charge Plates**

3.  Clean the charge plates UNDER the cleaner using a cloth or scouring pad. DO NOT use metal sponges or brushes and solvents or salt water.

4.  Rinse the cleaner and charging caddy thoroughly with clean water.

5.  Dry the cleaner and charging caddy with a towel. DO NOT leave the cleaner and charging caddy to dry in the direct sun.

### 6.2  Clean the Filter Canisters

The filter canisters should be cleaned at the end of each cycle before debris dries.

1.  Push the cover lock and lift the cover until it is secured in the vertical position.



**Figure 20.   Lift Cleaner Cover**

2.  Remove the filter canister assembly from the body.

3.  Empty all debris from the filter canisters, then rinse the filters and the cleaner using a hose.



**Figure 21.   Remove and Wash the Filter Canisters**

**NOTE:**  Periodically, remove the filter canister and clean thoroughly with soapy water and a soft bristle brush

4.   Replace the filter canister into the cleaner.

5.   Store the cleaner on the charging caddy out of direct sunlight.



**Figure 22.   Store Cleaner on the Charging Station**

**NOTE:**  We recommend to let the cleaner dry before being positioned on the charging station.

## 6.3    Storage

**Everyday Storage**

Store the cleaner in a protected and dry place with an ambient temperature between 50°F (10°C) and 70°F (21°C), out of reach of children, pets, other foreign objects, etc.

• Never store or dry the cleaner in direct sunlight.

• DO NOT expose cleaner to fire, excessive temperatures, ignition sources, or pool and spa chemicals.

• DO NOT leave the cleaner in the water when not in use.

**Long-Term & Winter**

Remove the cleaner from the pool and drain all water to avoid freezing water damage (freeze damage is not covered under warranty).

For long term storage, it is recommended to store the cleaner at 80-100% of battery capacity (indicated by solid GREEN battery LED).

You may either:

• Leave the cleaner and charging caddy connected until next use.

• Disconnect and recharge the cleaner at the start of season.

Store cleaner and charging station out of direct sunlight, rain or inclement weather.

## 6.4    Replacing Wear Parts

### 6.4.1    Replacing Brushes

The cleaner is fitted with PVC brushes with a "wear" indicator.



**Raised groove becomes partially flattened, indicating excessive wear**

**Figure 23.   Worn Brush Indicator**

To maintain cleaner performance at its best you need to replace the brushes as soon as one of the wear indicators is reached (even if the blade wear is not even). It is recommended that you replace the brushes when the rubber is worn down to the top of the wear indicator (or every two years, whichever comes first).

To replace a worn brush:

1.   Separate the edges of the brush and undo the tabs. Remove the worn brushes.



**Figure 24.   Undo the Tabs of the Brush**

2.   To install the new brush, position the new brush on the roller with the cleaning blades facing away from the roller.



**Figure 25.   Install the New Brush**

3.   Thread each tab into the slot provided and gently feed it through until the heel comes out at the other side of the slot.



**Figure 26.   Pull Tabs Through Each Slot**

4.   Use a pair of scissors to cut the tabs 3/4 inch from the heel so that they are no higher than the cleaning blade.

5.   Repeat the procedure to install the second brush.



**Figure 27.   Cut Tabs**

### 6.5   Replacing Tracks

1.   Check the wear indicator or if the tracks are loose. Pull on the inside of the old track to remove the track lip from the front wheel.



**Figure 28.   Pull the Old Track Over the Wheel**

2.   Remove the old track from the front wheel, then remove track from the rear wheel.



**Figure 29.   Remove the Old Track**

3.   Replace the track on the wheel by positioning the rib toward the body of the cleaner.



**Figure 30.   Track Replacement Orientation**

4.  Push one side of the track on to the wheel and fit the rib of the track in the groove of the wheel.



**Figure 31.   Start on One Side of the Track**

5.  Work the track onto the front wheel and verify the rib of the track is positioned properly within the groove of the wheel.



**Figure 32.   Work the Track On Around the Wheel**

6.  Push and position the rib of the inner side of the track in the groove of the rear wheel. If needed, turn the wheel gently to help with installation.



**Figure 33.   Push the Track into Place on the Wheel**

7.  Work the track onto the rear wheel and verify the rib of the track is positioned properly within the groove of the wheel.

8.  Push and position the rib of the inner side of the track in the groove of the rear wheel. If needed, turn the wheel gently to help with installation.

## 6.6   Spare Parts

The complete spare parts list and exploded view is available on the Polaris website.

- USA: polarispool.com
- Canada: polarispool.ca

Contact your local maintenance provider to perform diagnostic tests or repairs not shown in general maintenance.

## 6.7   Recycling & Disposal

**The battery and cleaner must be serviced and/or replaced by a qualified service professional. DO NOT attempt to service the product yourself.**

**Disposal of Li-Ion Batteries**

- Regulations and laws pertaining to the recycling and disposal of Li-Ion batteries vary from country to country as well as by state and local governments. You should check the laws and regulations where you live.

- There are a number of facilities that recycle Li-Ion batteries. The Rechargeable Battery Recycling Corporation's web site, **www.rbrc.org** is an excellent source for finding a facility to handle these types of batteries. If you are not sure if your waste facility can handle Li-Ion batteries, contact them and verify if they are permitted or not.

- Remember that before any type of disposal the batteries should be discharged completely. Tape the cleaner charging contacts with electrical tape and package so as to prevent contacts accidentally coming together at any time.

- This cleaner contains a maintenance-free, rechargeable lithium ion battery pack, which must be disposed properly. Recycling is required.

# Section 7.  Troubleshooting

Information about the cleaner status and any relevant condition will be displayed in the iAquaLink® app while the cleaner is on the charging caddy.

## 7.1  General Troubleshooting

The following list provides some helpful hints for troubleshooting common challenges when using the cleaner.

| User Issue | Possible Cause | Suggested Solution |
|---|---|---|
| The cleaner does not stay on the pool surface or is floating excessively. | There is air trapped inside the cleaner housing. | Remove cleaner from pool and re-submerge (see *Install and Submerge the Cleaner*). |
| | The filter canister is full or dirty. | Dispose of debris and thoroughly clean the filter canister with mild soap and a soft brush. Then, re-submerge the cleaner (see *Clean the Filter Canister*). |
| The cleaner is not climbing walls. | The filter canister is full or dirty. | Dispose of debris and thoroughly clean the filter canister with mild soap and a soft brush. Then, re-submerge the cleaner (see *Clean the Filter Canister*). |
| | Track treads worn down. | See *Replacing Wear Parts*. |
| | Confirm appropriate pool chemistry. | Speak with your pool service professional. Do not leave cleaner in the pool during any chemical treatments. |
| | Product in Floor Only mode. | Select Floor/Wall cleaning mode. |
| The cleaner is not moving. | The cleaner may not be charged. | The outlet the charging station is connected to is not supplying electrical power. Check that the outlet to which the charging station is connected is receiving electricity. |
| | Cycle not started. | Remove from water and start the cleaner using the slider by sliding and releasing to the right or use the App. |
| | Reset needed. | Turn off the cleaner using the slider by sliding to the left and hold for 20 seconds. Then, place the cleaner on the charging station to wake it up. If the problem is not resolved, contact your local service center to request a diagnostic review or contact Technical Support at 1.800.822.7933. |
| The cleaner does not fully charge. | Dirty charging contacts. | If the  indicator does not turn green after 6 + hours of charging, clean the charging contacts on both cleaner and charging station with a cloth and fresh water. Dry the cleaner before putting on the charging station after each cycle use. |
| | Charging station issue. | If the underside of charging station is blinking green it will need to be replaced. |

| User Issue | Possible Cause | Suggested Solution |
|---|---|---|
| The cleaner does not respond to the remote control. | Bright sunlight may interfere with the signal. | Hold tip of the remote underwater pointing at the cleaner's antenna to send a command. Maximum distance between remote control and cleaner is 20 feet (7m). |
| | Cleaner may not have enough battery to respond to the commands of the remote control. | Use the retrieval hook to remove cleaner. Recharge cleaner for next use. |
| | Remote control LED light blinks red. | Replace AA batteries in remote control. |
| The cleaner is not cleaning the pool effectively. | Filter canister is full or dirty. | Dispose of debris and thoroughly clean the filter canister with mild soap and a soft brush. Then, re-submerge the cleaner (see *Clean the Filter Canister*). |
| | Brushes are worn. | Check the wear indicator(s) (see *Replacing Wear Parts*). |
| | The cleaner is not fully charged. | Charge the cleaner. |
| The cleaner does not collect debris or go forward. | Debris jamming traction motor. | Remove any debris in the front brush area. |

## 7.2  Charging Caddy Behavior

| User Issue | Cleaner Behavior | Charging Caddy Behavior | Suggested Solution |
|---|---|---|---|
| The cleaner will not charge | The battery LED on the cleaner does not blink when the cleaner is on the charging station. | The charging station is connected but the LED under the station is off or blinking (instead of green) when the cleaner is placed on it. | • The cleaner is not positioned correctly on the charging station.<br>• Clean charging contacts on the cleaner and the charging station with a cloth and fresh non salt water.<br>• The charging station is faulty, contact your service center for a diagnostic review or contact Technical Support at 1.800.822.7933. |
| | | The LED under the charging station is green when the cleaner is placed on it. | |
| | The battery LED on the cleaner blinks red 4 times when the cleaner is on the charging station. | • The charging station is plugged into a GFCI outlet.<br>• The charging station LED is green when the cleaner is placed on it.<br>• The charging station LED is red when the cleaner is placed on it. | • Clean charging contacts on the cleaner and the charging station with a cloth and fresh non salt water. |
| | The battery LED on the cleaner blinks orange for a few seconds or minutes then switches to solid green when cleaner is on the charging station. | | • Remove the cleaner from the charging station. If the battery LED on the cleaner turns off instead of indicating the charge level the battery needs replacing. |

## 7.3    Cleaner Error Codes

| On/Off | Blinking Red | Error # | Display in the iAquaLink® App | Solutions |
|---|---|---|---|---|
| | ☼ **1s**→ ☼ | 10<br><br><br>14 | Communication error<br><br><br>Motor Block Error | • The cleaner board is under power but does not respond.<br>• Contact your service center for a diagnostic review or contact Technical Support at 1.800.822.7933. |
| | ☼ ☼ **1s**→ ☼ ☼ | 2 & 3<br><br><br><br>5 & 6 | Traction motor right/left<br><br><br>Drive motor consumption right/left | • Check that debris is not preventing the brushes or tracks from moving freely.<br>• Rotate each wheel by a quarter of a turn in the same direction until it rotates smoothly. Repeat turning wheels in the opposite direction until rotation is smooth.<br>• Contact your service center for a diagnostic review or contact Technical Support at 1.800.822.7933. |
| ▶ | ☼ ☼ ☼ **1s**→ ☼ ☼ ☼ | 7<br><br>8 | Cleaner Floating<br><br>Cleaner out of the water | • Thoroughly clean the filter canister.<br>• Restart the cycle, then submerge cleaner in the water and shake to release air bubbles.<br>• Contact your service center for a diagnostic review or contact Technical Support at 1.800.822.7933. |
| | | 1 & 4 | Pump motor | • Turn off the cleaner using the slider by sliding to the left and hold for 20 seconds while off of the charging station. No LEDs will be illuminated.<br>• Check for small debris or hair in the fan impeller.<br>• Thoroughly clean the filter canister.<br>• Contact your service center for a diagnostic review or contact Technical Support at 1.800.822.7933. |
| | ☼ ☼ ☼ ☼ **1s**→ ☼ ☼ ☼ ☼ | 31 | Antenna Error | • The antenna is damaged and the cleaner cannot be controlled with the remote.<br>• Contact your service center for a diagnostic review or contact Technical Support at 1.800.822.7933. |
| | ☼ ☼ ☼ ☼ ☼ **1s**→ ☼ ☼ ☼ ☼ ☼ | 12 | Firmware Update Error | • Close the iAquaLink® app.<br>• Check that the cleaner is connected to the Wi-Fi network (the LED is solid blue).<br>• If the indicator is not steady, open the iAquaLink® app, select the cleaner and click on "Update". |

## 7.4   Battery Error

| On/Off | Blinking | Error # | Display in the iAquaLink® App | Solutions |
|---|---|---|---|---|
| | 1s red | 20 & 21 | Battery Error | • The battery block needs to be replaced.<br>• Contact your service center for a diagnostic review or contact Technical Support at 1.800.822.7933. |
| | 1s red | 22 & 23 | Charging Error (Too hot)<br>Charging Error (Too cold) | • The temperature detected at the charging station location is outside of the recommended temperature range for recharging the cleaner 5°C - 40°C.<br>• Charging is paused until temperature is within normal range.<br>• Move charging station to a new location. |
| | 1s | 25 | Charging Error | • Clean the charge plates (located on the underside of the cleaner and on the charging station base) with a cloth and fresh water (non-salt water). |
| | Remains orange after 12 hours on the charger | No Code | Battery Error | • Remove the cleaner from the charging station. If the battery indicator turns off instead of indicating the charge level of the cleaner: the battery is obsolete and needs replacing.<br>• Contact your service center for a diagnostic review or contact Technical Support at 1.800.822.7933. |

## 7.5   Remote Error

| Remote | Blinking | Possible Cause | Solutions |
|---|---|---|---|
| | red blinking LED | Remote Battery Power is Low | • Remove battery cover and replace both AA batteries. |

## 7.6    Dismissing an Error Code

**From the iAquaLink® App:**

Press the error icon to display troubleshooting solutions. After you have completed the troubleshooting solution steps, press Clear Error to return to normal operation. Or, press OK if you need to complete the solution steps at a later time.

## 7.7    iAquaLink® Troubleshooting

This information can help to troubleshoot connection and setup challenges between the iAquaLink app and the cleaner.

**How it works:**



| IMPORTANT |
|---|
| WiFi signals cannot travel underwater. Most of the cordless robotic app functions only work when the cleaner is out of water and on the charging station. |

**How to connect:**

You must connect to the home router (network) with your smart device which will communicate with the cleaner. (See *Configure the System*.)

| IMPORTANT |
|---|
| It is recommended to locate the charging station as close to the home router as practical. Do not use an extension cord. |

## Common iAquaLink® Troubleshooting

Remember, if you get a new Wi-Fi Router, reset the defaults of your current Wi-Fi Router or simply change your Wi-Fi network password, you will have to re-establish the connection between your cleaner and the router. (See: Configure the System.)

| User Issue | Possible Cause | Suggested Solution |
|---|---|---|
| Wi-Fi light is off. | Bright sunlight | Shield the lights to block sunlight and re-check if the lights are lit. |
| | Charging station is unplugged. | Plug the charging station into a GFCI outlet (see *Connect to a Power Source*). |
| | Power outage. | Verify that the breaker is on and electricity is being supplied to the outlet. |
| | Lost internet connection. | Check internet connection - network may be down. |
| | Router is off. | Turn router on. |
| | Router password was changed. | Delete robot and reconnect with new router password. |
| Wi-Fi light is flashing. | Lost internet connection | Check internet connection - network may be down. |
| | Weak Wi-Fi signal. | • Check for adequate Wi-Fi signal strength.<br>• With a Windows laptop, go to Network Connections in the Control Panel. Check Signal Strength meter under Wireless Network Connection icon while standing near the charging station.<br>• With a smart device, search for, download, and use an app that can check signal strength while standing near the charging station. If Wi-Fi signal is weak, consider installing a Wi-Fi extender. |
| | Connectivity issue with local Wi-Fi or connection to the server. | Contact your local internet service provider.<br>• Unplug your charging station and wait 10 seconds. Plug in the box again and see if lights illuminate.<br>• Check Internet connection - network may be down. |
| Wi-Fi light is on but buttons and functions are disabled. | Firmware update in progress. | "PROG" is displayed in the app during an over-the-air firmware update. Simply wait for button functions to resume after update completes. Do not unplug from power during an update. |

Polaris® FREEDOM™ PLUS Cordless Robotic Cleaner  |  Owner's Manual

Zodiac Pool Systems LLC
2882 Whiptail Loop # 100
Carlsbad, CA 92010, USA
PolarisPool.com | 1.800.822.7933

Zodiac Pool Systems Canada, Inc.
2-3365 Mainway
Burlington, ON L7M 1A6, Canada
PolarisPool.ca | 1.800.822.793

**A Fluidra Brand**

©2023 Zodiac Pool Systems LLC.  All rights reserved.  Zodiac® is a registered trademark of Zodiac International, S.A.S.U., used under license.  Apple and the Apple logo are trademarks of Apple, Inc., registered in the U.S. and other countries.  App Store is a service mark of Apple, Inc. registered in the U.S. and other countries.  Google Play and the Google Play logo are trademarks of Google LLC.  All other trademarks referenced herein are the property of their respective owners.

H0828300_REVB

# EXHIBIT B

# BROCHURE





# CUT THE CORD.
# KEEP THE CONTROL.

A CORDLESS DESIGN WITH REMOTE
CONTROL CAPABILITIES





# GET THE CONVENIENCE OF UNDERWATER CONTROL WITHOUT A CORD

With the Polaris® FREEDOM™ Plus cordless robotic cleaner you can communicate with your cleaner while it's under water using the convenient remote control to direct its movements and call it up to you for lightweight waterline retrieval.



**QUICK TO CHARGE. QUICK TO CLEAN.**

Cleans for up to 2.5 hours Recharges in less than 5 hours

**PREMIUM OUTDOOR CHARGING CADDY**

Transport your cleaner to and from the pool with ease



**CONNECT WITH YOUR CLEANER**

View charging status, cleaning mode selection and receive push notifications when cleaning is complete from the iAquaLink® app



**CONTROL IN YOUR HANDS**

Hand-held remote uses LiFi technology to communicate with the cleaner under water



**FOUR CLEANING MODES**

On-demand cleaning of the floor or floor, walls and waterline — Plus, app-activated waterline only and SMART Cycle options

**EASY LIFT RETRIEVAL SYSTEM**

The hand-held LiFi remote lets you call the cleaner to the waterline for easy, lightweight removal with quick water release

**POWER THAT ENDURES**

Long life lithium-ion battery won't compromise endurance or performance over time

**A Fluidra Brand** | PolarisPool.com | 1.800.822.7933

©2023 Fluidra. All rights reserved. Apple and the Apple logo are trademarks of Apple, Inc., registered in the U.S. and other countries. App Store is a service mark of Apple, Inc., registered in the U.S. and other countries. Google Play and the Google Play logo are trademarks of Google LLC. All other trademarks referenced herein are the property of their respective owners. 57123_SL


