# EXHIBIT 11



FLUIDRA

Company   Careers   News & Media   Support   **Find a Dealer**   US/EN

### 7  Swift Pools Inc
9.27 miles

Builders, Retailers, Pool Equipment Servicers

1123 Capitol Trl
Newark, DE 19711 United States

302-738-9800  |  Get Directions

🚗 **Try Me Program**
You can "test drive" the latest **Polaris robotic pool cleaners** at this location

ProEdge™

[ Store Details ]   [ Contact Us ]

### 8  Aquavita Pools
14.21 miles

Retailers, Pool Equipment Servicers

660 W Baltimore Pike
Media, PA 19063 United States

610-565-0900  |  Get Directions



---

FLUIDRA

**About Fluidra**

productsupport@fluidra.com
1.800.822.7933

  

Corporate

Support

Find a Dealer

Careers

**Quick Links**

Product Registration

Legal

© 2025 Fluidra. All rights reserved. The trademarks and trade names used herein are the property of their respective owners.