# EXHIBIT 12

Free Shipping for Pool Perks members. Sign up now.                                    ✕

 What are you looking for?                                    👤  🛒 0

Equipment / Automatic Pool Cleaners / Robotic Pool Cleaners

**Polaris - FREEDOM Plus Cordless Robotic Pool Cleaner with Hand-Held Remote Control**

Item No. 40179 | Manufacturer SKU: FFREEDOMP

7 Reviews



     

  

**$1,699.00**

Starting at $83/mo or 0% APR with *affirm*. Learn more

The Polaris FREEDOM Plus Robotic Pool Cleaner is cable-free and ready to clean with premium features for advanced debris collection, with a hand-held remote control and transport charging caddy. More Details ⌄

### How to get it

○ **Ship to Home**
Get it by Tuesday, Jan 28, 2025 to 19808 Change Zip
FREE Shipping for Perks Members

● **Buy Online and Pick Up**
Pick up on January 28, 2025 LATER at WILMINGTON, DE #207 Change Store
Want it today? Check another store

Quantity    [ 1 ]

[ Add to Cart ]

🐷  Earn 5% in rewards for this item! Join or sign in

---

Overview                                                                          —

The Polaris FREEDOM Plus Robotic Pool Cleaner is cable-free and ready to clean with premium features for advanced debris collection, with a hand-held remote control and transport charging caddy.

- Quick to Charge. Quick to Clean. - Cleans for up to 2.5 hours. Recharges in 4 hours.
- Unmatched Maneuverability - Dual traction motor enables brushes to rotate independently for enhanced maneuverability and wall climbing.
- Cyclonic Vacuum Technology - Powerful cyclonic cleaning action collects dirt and debris without losing suction.
- Double Helix Brush - Proprietary blade design helps channel dirt and debris to the inlet.
- Track Wheel Design - Continuous treaded wheelbase provides increased surface area for better traction while creating stronger suction beneath the cleaner.
- SMART Cycle Cleaning Mode - Learns your pool to calculate the optimal cleaning time.

---

Details                                                                           —

With the Polaris FREEDOM Plus cordless robotic cleaner you can communicate with your cleaner while it's under water using the convenient remote control to direct its movements and call it up to you for lightweight waterline retrieval.

The FREEDOM Plus comes with a hand-held remote that uses cutting-edge LiFi technology to communicate with the cleaner underwater --- giving you the power to start/stop, direct movement and easily remove the cleaner by deploying the Easy Lift System wit h just one press of a button. Using the hand-held remote, you can call your cleaner up to the waterline where it can be easily retrieved. Water quickly evacuates as you pull it out so there's no heavy-lifting and no hooks necessary!

The Polaris FREEDOM Plus cordless robotic cleaner provides premium cleaning capabilities with four different cleaning modes to clean everything from the floor to the waterline in 2.5 hours or less.

FREEDOM Plus connects with the iAquaLink; app to provide specialized cleaning cycles and end of cycle notifications that let you know when cleaning is done so you can conveniently grab it at the waterline as water quickly evacuates -- eliminating any heavy lifting.

Powered by a long-lasting lithium-ion battery, FREEDOM Plus comes with an Easy-Charge Station for direct contact charging in just 4 hours and you can check the status of the battery in the app so you know when it's ready to clean.

To enhance the magnetic tip. These sensors are incorporated with a mix-of-a-kind adhesive that some assignment enhances debris collection by channeling dirt towards the vacuum inlet as it scrubs the surface of your pool, and a large, transparent filter canister to collect debris -- it's easy to empty without getting your hands dirty -- you simply remove, shake, and spray the debris away.

⚠️ California Residents **WARNING**: Cancer and Reproductive Harm - [www.P65Warnings.ca.gov](www.P65Warnings.ca.gov)

## Highlights —

Keep the deck clear and your pool clean. FREEDOM Plus has a cord-free design that enables you to clean your pool without any tangling.

## Specifications —

| | |
|---|---|
| **Product Type:** | Pool Cleaner |
| **Cleaner Type:** | Robotic |
| **Manufacturer:** | Polaris |
| **Pool Surface:** | All Surfaces |
| **Pool Type:** | In Ground |
| **Connection:** | Cordless |
| **Run Time:** | Up to 2.5 hours |
| **Charging Time:** | <5 |
| **WiFi App Connectivity:** | iAquaLink Control |
| **Transport Caddy:** | Yes, Intuitive Charging Caddy |
| **Easy Lift Removal:** | Manual Hook (included), Waterline Pick Up using Li-Fi Remote |
| **Debris Collection:** | Large All-Purpose Filter Canister |
| **Active Scrubbing:** | Front Dual-Traction Double Helix Brushes |

## Guides and Documentation —

[Polaris FREEDOM Plus Brochure](#)
[Polaris FREEDOM Plus Quick Start Guide](#)
[Polaris FREEDOM Plus Owners Manual](#)

## Reviews —

Powered by

4.7          7 Reviews

✎ Write A Review

**REVIEWS**

### Filter Reviews

🔍 Search Reviews

Rating ▼     Images & Videos ▼

7 Reviews

**Keyvan A.** Verified Buyer                                                                 08/16/24
✓

**A real game changer**
We switched from a corded Dolphin that broke down to this model. I was a little worried about having to charge it all the time but this machine is fantastic. Not having to see the cord in the pool all the time is a huge benefit. The robot comes up on a command from the remote control to the edge of water and you can easily pull it out with the pro...Read More

🖼 Share  |                                                      Was This Review Helpful? 👍 3   👎 0

**Mike S.** Verified Buyer                                                                 07/15/24
✓

**Freedom Plus**
I like the portable caddy that came with this unit, and the remote control. This is an expensive unit, but does the job well, and cleans the pool very well right before guests come. It gets out the other items that my Polaris 360 will not get, so a good addition.
It also goes up on my large step and cleans that, which my Polaris 360 will not d...Read More

**Rob W.** Verified Buyer                                                                                                                                07/13/24

**Works great!**
My pool is enclosed, but I was still getting small stuff on the floor of my pool. I set this in the pool once a week and it cleans it perfectly. I've not noticed it missing and areas and it manages to clean my steps too. So I considered the cheaper option without the remote, but I like that I can use it to retrieve the cleaner when it finishes an ...Read More

Share |                                                                                                                        Was This Review Helpful?  👍 0   👎 0

**Pam P.** Verified Buyer                                                                                                                                07/07/24

**Freedom plus cordless robotic pool cleaner**
Absolutely love this product. A game changer for pool owners. My pool stays so clean.

Share |                                                                                                                        Was This Review Helpful?  👍 1   👎 0

**Vegas H.** Verified Buyer                                                                                                                             06/24/24

**So far, it's great!**
Never had a cordless unit before, but this one seemed like what I wanted.
Pros: Charger caddy only took about 10 minutes to put together.
Used it twice, and has done a GREAT job of cleaning.
When they say the thing will climb a wall, they mean it. This thing climbs pool walls like it wants to escape!
Fits snug on the charger, and ...Read More

Share |                                                                                                                        Was This Review Helpful?  👍 8   👎 2

< **1** 2 >

## Customers Also Viewed

   

| Leslie's - 3 in Jumbo Chlorine Pool Tabs - 35 lb... | Leslie's - Perfect Weekly Triple Action Phosphate... | Leslie's - 3 in. Jumbo Chlorine Pool Tabs - 20 lb... | Leslie's - Power Powder Plus Calcium Hypochlorit... | Leslie's - Power Powder Plus 73% Calcium... | Leslie's - F Non-Chlor... |
|---|---|---|---|---|---|
| 755 Reviews | 315 Reviews | 755 Reviews | 111 Reviews | 257 Reviews | |
| **$199.99** | **$59.99** | **$139.99** | **$199.99** | **$119.88** | **$199.9** |
| Shop Now | Shop Now | Shop Now | Shop Now | Shop Now | S |

● ● ●

💬 Need Help? Contact Us

🛒 Shop Online or at any of our 1,000+ retail stores!

Dive In! 

 Check Order Status     Start A Return     Expert Advice

 Find A Service     Find A Store

**Customer Service**
Check Order Status
Returns & Exchanges
Store Locator
Pool Perks FAQ
Gift, Merchandise Cards
AccuBlue Home Credits
Account Login

**Product Support**
Resource Center
Pool Service
Utility Rebates
Leslie's Pro
Warranty
Safety Data Sheets / SDS
Measuring Forms
Vendor Code Of Conduct

**About Us**
About Leslie's
Investor Relations
Jobs & Careers
Store Locator
Commercial
Contact Us
Leslie's App

Privacy Policy | Do Not Sell or Share My Personal Information | Terms and Conditions | CA Transp. In Supply Chain Act | Accessibility | Affirm Financing

* Pricing, promotions and availability may vary by location and at lesliespool.com. Pricing and offers are subject to change. Freight charges may apply on oversized products. Shipping charges may apply on select products such as sand and salt. Discounts do not apply toward shipping, handling and freight fees, taxes, the purchase of select items, or previous orders. Prices are subject to change without notice. For more details on our price match promise visit Help Price Match.

***FREE Install on In-Ground Pool Equipment: Offer applies to Residential Customers Only and must be installed by a Leslie's Service Technician. Trip Charge and additional materials not included. If you buy online, please call or visit your local Leslie's store and provide your order number or proof of purchase to schedule installation.

