# EXHIBIT 13

FLUIDRA | Company | Careers | News & Media | Support | Find a Dealer | US/EN

Home / Find a Dealer / Swift Pools Inc

← Back to Results

# Swift Pools Inc

1123 Capitol Trl
Newark, DE 19711 United States
(9.27 miles)

302-738-9800  |  Website  |  Get Directions

**Contact Us**

## Services

Builders, Retailers, Pool Equipment Servicers

## Available at this Location



◉ **Try Me Program**
You can "test drive" the latest **Polaris robotic pool cleaners** at this location

