IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLIPTIC WORKS LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. _____ |
| | : |
| FLUIDRA SA, FLUIDRA NORTH AMERICA LLC, FLUIDRA USA LLC, ZODIAC POOL SOLUTIONS NORTH AMERICA LLC, ZODIAC POOL SYSTEMS LLC, and ZODIAC POOL CARE EUROPE SAS, | : JURY TRIAL DEMANDED |
| | : |
| Defendants. | : |

**PLAINTIFF'S DISCLOSURE UNDER RULE 7.1**

Plaintiff Elliptic Works, LLC, by and through its undersigned counsel, states pursuant to Rule 7.1 that it has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated: Feb. 10, 2025

                                        Respectfully submitted,

                                        OFFIT KURMAN P.A.

                                        By: */s/ Thomas H. Kramer*
                                               Thomas H. Kramer (DE # 6171)
                                               222 Delaware Avenue
                                               Ste. 1105
                                               Wilmington, DE 19801
                                               P: 302-351-0908
                                               Email: tom.kramer@offitkurman.com

                                         *Attorneys for Plaintiff Elliptic Works LLC*

4905-3715-0743, v. 1