IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLIPTIC WORKS LLC,

    Plaintiff,

v.

FLUIDRA SA, FLUIDRA NORTH AMERICA LLC, FLUIDRA USA LLC, ZODIAC POOL SOLUTIONS NORTH AMERICA LLC, ZODIAC POOL SYSTEMS LLC, and ZODIAC POOL CARE EUROPE SAS,

    Defendants.

Case No. 25-cv-160

[~~PROPOSED~~] ORDER

AND NOW, this 10 day of February, 2025, the Court having considered Plaintiff's Motion to File Exhibits 4 and 6 to the Complaint Under Seal (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS HEREBY FURTHER ORDERED that Plaintiff shall file Exhibits 4 and 6 to its Complaint under seal. Redacted versions of the two Exhibits shall be filed within seven days.

_____
United States District Court Judge

4901-7899-7271, v. 1