

Thomas H. Kramer<br>
302.351.0908 (Direct Dial)<br>
302.351.0915 (Facsimile)<br>
tom.kramer@offitkurman.com

July 11, 2025

**VIA CM/ECF**

The Honorable John F. Murphy
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: *Elliptic Works LLC v. Fluidra SA et al*, 1:25-cv-00160-JFM – Status of Service of Complaint

Dear Judge Murphy:

    Pursuant to your Honor's Order of June 11, 2025 (D.I. 18), I write to report the status of the above-referenced matter and particularly Plaintiff's efforts directed to service of the Complaint since June 11, 2025.

    The Complaint was duly served on the four U.S. Defendants: Fluidra North America LLC, Fluidra USA LLC, Zodiac Pool Solutions North America LLC, and Zodiac Pool Systems LLC, on July 7, 2025. Proof of service was docketed today, July 11, 2025. *See* D.I. 19-22.

    With respect to the two European Defendants: Fluidra S.A. and Zodiac Pool Care Europe, all necessary documents, with the appropriate translations, have been provided to our vendor for service of process under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, and are in the process of being served. Plaintiff has also served requests for waivers of service of process as to the two European Defendants; pursuant to Rule 4(d)(1)(f), responses to those requests are due August 4, 2025. Plaintiff proposes that it provide a further update to the Court in 90 days in the event service on the European Defendants is not effected before then.

                                               Respectfully submitted,

                                               Thomas H. Kramer

4918-6879-4709, v. 1