IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLIPTIC WORKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 25-160 (JFM) |
| FLUIDRA SA, FLUIDRA NORTH AMERICA | ) | |
| LLC, FLUIDRA USA LLC, ZODIAC POOL | ) | |
| SOLUTIONS NORTH AMERICA LLC, | ) | |
| ZODIAC POOL SYSTEMS LLC, and | ) | |
| ZODIAC POOL CARE EUROPE SAS, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

WHEREAS, Plaintiff Elliptic Works LLC filed this action against Fluidra SA, Fluidra North America LLC, Fluidra USA LLC, Zodiac Pool Solutions North America LLC, Zodiac Pool Systems LLC, and Zodiac Pool Care Europe SAS;

WHEREAS, Plaintiff purported to serve Zodiac Pool Care Europe SAS on August 26, 2025;

WHEREAS, Zodiac Pool Care Europe SAS has agreed not to assert any defenses related to sufficiency of process or service of process pursuant to Fed. R. Civ. P. 12(b)(4) or 12(b)(5);

WHEREAS, the parties have agreed that Zodiac Pool Care Europe's deadline to respond to the Complaint shall be extended until September 26, 2025, the date on which other Defendants will respond to the Complaint;

NOW, THEREFORE, it is hereby stipulated and agreed to by and between Plaintiff Elliptic Works, LLC and Defendant Zodiac Pool Care Europe SAS, subject to the approval of the Court, that the time for Zodiac Pool Care Europe SAS to answer, move or otherwise respond to the Complaint is extended until September 26, 2025.

OFFIT KURMAN P.A.

*/s/ Thomas H. Kramer*

Thomas H. Kramer (#6171)
222 Delaware Avenue
Ste. 1105
Wilmington, DE 19801
(302) 351-0908
tom.kramer@offitkurman.com

*Attorneys for Plaintiff Elliptic Works LLC*

September 16, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendant Zodiac Pool Care
Europe SAS*

SO ORDERED this _____ day of _____, 2025.

The Honorable John F. Murphy
UNITED STATES DISTRICT JUDGE

2