IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLIPTIC WORKS LLC,                    )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )
                                       )    C.A. No. 25-160 (JFM)
FLUIDRA SA, FLUIDRA NORTH AMERICA      )
LLC, FLUIDRA USA LLC, ZODIAC POOL      )
SOLUTIONS NORTH AMERICA LLC,           )
ZODIAC POOL SYSTEMS LLC, and           )
ZODIAC POOL CARE EUROPE SAS,           )
                                       )
            Defendants.                )

**JOINT STIPULATION TO DISMISS
FLUIDRA NORTH AMERICA LLC, FLUIDRA USA LLC,
AND ZODIAC POOL SOLUTIONS NORTH AMERICA LLC**

Plaintiff Elliptic Works, LLC ("Elliptic" or "Plaintiff"), and Defendants Fluidra North America LLC, Fluidra USA LLC, Zodiac Pool Solutions North America LLC, Zodiac Pool Care Europe SAS ("ZPCE"), and Zodiac Pool Systems LLC ("ZPS") hereby stipulate as follows:

1.      On July 11, 2025, Elliptic filed Executed Summonses as to each of Fluidra North America LLC, Fluidra USA LLC, Zodiac Pool Solutions North America LLC, and Zodiac Pool Systems LLC, indicating service of each on July 7, 2025, through Corporation Service Company at 251 Little Falls Drive, Wilmington, Delaware 19808.

2.      Fluidra SA has not been served as of the date of this Joint Stipulation.

3.      On September 25, 2025, Elliptic filed a Certificate of Service pursuant to the Hague Service Convention, indicating that ZPCE was served at its offices in Belberaud, France on August 26, 2025.

4.      Fluidra North America LLC represents and warrants that it is a holding company that does not make, use, offer to sell, sell, or import into the United States, has not made, used,

- 1 -

offered to sell, sold, or imported into the United States, and has not licensed to any other party to make, use, offer for sale, sell, or import into the United States any of the Accused Products identified in Plaintiff's Complaint.

5. Fluidra USA LLC represents and warrants that it does not make, use, offer to sell, sell, or import into the United States, has not made, used, offered to sell, sold, or imported into the United States, and has not licensed to any other party to make, use, offer for sale, sell, or import into the United States any of the Accused Products identified in Plaintiff's Complaint.

6. Fluidra North America LLC represents and warrants that Zodiac Pool Solutions North America LLC was previously merged into Zodiac Pool Solutions LLC, which is now known as Fluidra North America LLC, and that Zodiac Pool Solutions North America LLC is not an active entity and that it does not make, use, offer to sell, sell, or import into the United States, has not made, used, offered to sell, sold, or imported into the United States, and has not licensed to any other party to make, use, offer for sale, sell, or import into the United States any of the Accused Products identified in Plaintiff's Complaint.

7. For purposes of this litigation only, ZPCE and ZPS agree that they will not object to the production of relevant discovery on the grounds that the information is only in the possession, custody, or control of Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC. ZPCE and ZPS, however, reserve the right to object to discovery requests by Elliptic on any other grounds. ZPCE and ZPS further agree that, for the purposes of this litigation only, they will provide, upon Elliptic's written request, an authentication of any business record produced that was obtained from the possession, custody, or control of Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC.

8. Fluidra North America LLC, Fluidra USA LLC, Zodiac Pool Solutions North

America LLC, ZPCE, and ZPS will not object to Elliptic adding Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC back into the litigation on the grounds of untimeliness before the deadline to add parties to the litigation set by any case scheduling order issued in the litigation. ZPCE and ZPS, however, reserve the right to object to adding Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC on any other grounds including on the merits. Fluidra North America LLC, Fluidra USA LLC, and Zodiac Pool Solutions North America LLC further agree to not make a motion under Rule 41(d) in this litigation regarding any effort by Elliptic to add Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC back into this litigation.

9.    Fluidra North America LLC, Fluidra USA LLC, and Zodiac Pool Solutions North America LLC agree to toll the running of any statute of limitations for all claims that have been asserted by Elliptic against Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC in the Complaint from February 10, 2025, to the date of the final judgment in the above-captioned action. Fluidra North America LLC, Fluidra USA LLC, and Zodiac Pool Solutions North America LLC further agree to toll the running of any statutes of limitations for all claims that could be or could have been asserted by Elliptic against Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC that properly relate back to the Complaint as arising from the same conduct, transaction, or occurrence as in the Complaint, from February 10, 2025, to the date of the final judgment in the above-captioned action.

10.    Elliptic agrees to toll the running of any statutes of limitations for all defenses that could have been asserted by Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC against Elliptic in response to the Complaint from February 10, 2025, to the date of the final judgment in the above-captioned action.

11.     Elliptic agrees to toll the running of any statutes of limitations for all claims that could be or could have been asserted by Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC against Elliptic as compulsory counterclaims to the Complaint from February 10, 2025, to the date of the final judgment in the above-captioned action. Elliptic further agrees to toll the running of any statutes any statutes of limitations for all claims that could be or could have been asserted by Fluidra North America LLC, Fluidra USA LLC, or Zodiac Pool Solutions North America LLC against Elliptic that properly relate back to any compulsory counterclaims as arising from the same conduct, transaction, or occurrence as in the compulsory counterclaims, from February 10, 2025, to the date of the final judgment in the above-captioned action.

12.     This Stipulation does not revive all or any portion of any claim against any of the Parties for which the statute of limitations had expired prior to February 10, 2025, and as to any such claim, this Agreement does not constitute a waiver by any Party of the defense that the applicable statute of limitations has expired.

13.     ZPCE and ZPS reserve the right to challenge the sufficiency of any Complaint against them and further reserves the right to assert any and all applicable defenses to any claims made by Elliptic.

14.     Accordingly, Elliptic, ZPS, ZPCE, Fluidra North America LLC, Fluidra USA LLC, and Zodiac Pool Solutions North America LLC hereby stipulate that Fluidra North America LLC, Fluidra USA LLC, and Zodiac Pool Solutions North America LLC are dismissed without prejudice under Federal Rules of Civil Procedure 41(a)(1), with all parties to bear their own fees and expenses in connection with respect to this dismissal.

OFFIT KURMAN P.A.                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas H. Kramer*                     */s/ Jennifer Ying*

_____                  _____
Thomas H. Kramer (#6171)                   Jennifer Ying (#5550)
222 Delaware Avenue                         1201 North Market Street
Ste. 1105                                   P.O. Box 1347
Wilmington, DE 19801                        Wilmington, DE 19899
(302) 351-0908                              (302) 658-9200
tom.kramer@offitkurman.com                  jying@morrisnichols.com

*Attorneys for Plaintiff Elliptic Works LLC*   *Attorneys for Defendants Fluidra North America LLC, Fluidra USA LLC, Zodiac Pool Solutions North America LLC, and Zodiac Pool Systems LLC*

September 25, 2025

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable John F. Murphy
UNITED STATES DISTRICT JUDGE