IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLIPTIC WORKS LLC,                                )
                                                   )
                        Plaintiff,                 )
                                                   )
        v.                                         )
                                                   )   C.A. No. 25-160 (JFM)
FLUIDRA SA, FLUIDRA NORTH AMERICA                  )
LLC, FLUIDRA USA LLC, ZODIAC POOL                  )
SOLUTIONS NORTH AMERICA LLC,                       )
ZODIAC POOL SYSTEMS LLC, and                       )
ZODIAC POOL CARE EUROPE SAS,                       )
                                                   )
                        Defendants.                )

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

WHEREAS, Plaintiff Elliptic Works LLC filed this action against Fluidra SA, Fluidra North America LLC, Fluidra USA LLC, Zodiac Pool Solutions North America LLC, Zodiac Pool Systems LLC, and Zodiac Pool Care Europe SAS;

WHEREAS, Plaintiff voluntarily dismissed this action without prejudice as against Fluidra North America LLC, Fluidra USA LLC, and Zodiac Pool Solutions North America LLC;

WHEREAS, Defendant Fluidra SA has not yet been served;

WHEREAS, Defendants Zodiac Pool Solutions LLC and Zodiac Pool Care Europe SAS served a Motion to Dismiss Counts II-IV of the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 32) on September 26, 2025;

WHEREAS, Plaintiff intends to file an Amended Complaint on October 17, 2025;

WHEREAS, the parties have agreed that Plaintiff's deadline to respond to the motion to dismiss shall be extended until October 17, 2025, and Defendants Zodiac Pool Solutions LLC and Zodiac Pool Care Europe SAS' time to answer, move, or otherwise respond to the amended complaint shall be extended until November 7, 2025;

NOW, THEREFORE, it is hereby stipulated and agreed to by and between Plaintiff Elliptic Works LLC and Defendants Zodiac Pool Systems LLC and Zodiac Pool Care Europe SAS, subject to the approval of the Court, that the time for Elliptic Works LLC to respond to Defendants' Motion to Dismiss (Dkt. No. 32) is extended to October 17, 2025, and the time for Zodiac Pools Systems LLC and Zodiac Pool Care Europe SAS to answer, move or otherwise respond to the contemplated Amended Complaint is extended until November 7, 2025.

OFFIT KURMAN P.A.

/s/ Thomas H. Kramer
_____
Thomas H. Kramer (#6171)
222 Delaware Avenue
Ste. 1105
Wilmington, DE 19801
(302) 351-0908
tom.kramer@offitkurman.com

*Attorneys for Plaintiff Elliptic Works LLC*

October 6, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying
_____
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendants Zodiac Pool Systems LLC and Zodical Pool Care Europe SAS*

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable John F. Murphy
UNITED STATES DISTRICT JUDGE

4915-0063-1664, v. 1

2