IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLIPTIC WORKS LLC,                 )
                                        )

          Plaintiff,              )
                                        )

     v.                       )
                                        )   C.A. No. 25-160 (JFM)

FLUIDRA SA, ZODIAC POOL SYSTEMS LLC, )
and ZODIAC POOL CARE EUROPE SAS,    )
                                        )

          Defendants.        )

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

time for the defendants to answer, move or otherwise respond to the Amended Complaint (D.I. 42)

is extended until November 21, 2025.

OFFIT KURMAN P.A.                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas H. Kramer*                   */s/ Jennifer Ying*

| | |
|---|---|
| Thomas H. Kramer (#6171) | Jennifer Ying (#5550) |
| 222 Delaware Avenue | 1201 North Market Street |
| Ste. 1105 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 351-0908 | (302) 658-9200 |
| tom.kramer@offitkurman.com | jying@morrisnichols.com |

*Attorneys for Plaintiff Elliptic Works LLC*     *Attorneys for Defendants Zodiac Pool Systems LLC and Zodiac Pool Care Europe SAS*

November 4, 2025

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable John F. Murphy
UNITED STATES DISTRICT JUDGE