IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLIPTIC WORKS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   C.A. No. 25-160 (JFM) |
| FLUIDRA SA, ZODIAC POOL SYSTEMS LLC, | ) |
| and ZODIAC POOL CARE EUROPE SAS, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

time for the defendants to answer, move or otherwise respond to the Amended Complaint (D.I. 42)

is extended until November 21, 2025.

OFFIT KURMAN P.A.                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas H. Kramer*                             */s/ Jennifer Ying*

_____                   _____

Thomas H. Kramer (#6171)                          Jennifer Ying (#5550)
222 Delaware Avenue                                   1201 North Market Street
Ste. 1105                                                    P.O. Box 1347
Wilmington, DE 19801                                  Wilmington, DE 19899
(302) 351-0908                                             (302) 658-9200
tom.kramer@offitkurman.com                       jying@morrisnichols.com

*Attorneys for Plaintiff Elliptic Works LLC*      *Attorneys for Defendants Zodiac Pool Systems*
                                                                  *LLC and Zodiac Pool Care Europe SAS*

November 4, 2025

SO ORDERED this __4th__ day of ___November___, 2025.

_____
The Honorable John F. Murphy
UNITED STATES DISTRICT JUDGE