IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLIPTIC WORKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 25-160 (JFM) |
| FLUIDRA SA, ZODIAC POOL SYSTEMS LLC, | ) | |
| and ZODIAC POOL CARE EUROPE SAS, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants Zodiac Pool Systems LLC and Zodiac Pool Care Europe SAS to answer, move or otherwise respond to the Amended Complaint (D.I. 42) is extended until December 2, 2025.

OFFIT KURMAN P.A.

/s/ Thomas H. Kramer

_____
Thomas H. Kramer (#6171)
222 Delaware Avenue
Ste. 1105
Wilmington, DE 19801
(302) 351-0908
tom.kramer@offitkurman.com

*Attorneys for Plaintiff Elliptic Works LLC*

November 19, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying

_____
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendants Zodiac Pool Systems LLC and Zodiac Pool Care Europe SAS*

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable John F. Murphy
UNITED STATES DISTRICT JUDGE