IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLIPTIC WORKS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 25-160 (JFM) |
| FLUIDRA SA, ZODIAC POOL SYSTEMS LLC, | ) |
| and ZODIAC POOL CARE EUROPE SAS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Steven D. Moore, formerly of KILPATRICK TOWNSEND & STOCKTON LLP, as counsel for Defendants Fluidra SA, Zodiac Pool Systems LLC and Zodiac Pool Care Europe SAS (collectively, "Defendants") is hereby withdrawn. The firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and KILPATRICK TOWNSEND & STOCKTON LLP will continue to represent Defendants in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

OF COUNSEL:

Rishi Gupta
Cecelia A. Rivera
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
(415) 576-0200

*Attorneys for Defendants Fluidra SA, Zodiac Pool Systems LLC and Zodiac Pool Care Europe SAS*

Christopher S. Leah
Mitchell G. Stockwell
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309
(404) 815-6500

December 31, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 31, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Thomas H. Kramer, Esquire<br>OFFIT KURMAN P.A.<br>222 Delaware Avenue, Ste. 1105<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff Elliptic Works LLC* | *VIA ELECTRONIC MAIL* |
| Wojciech V. Jackowski, Esquire<br>Alexander Mirkin, Esquire<br>OFFIT KURMAN P.A.<br>590 Madison Avenue, 6th Floor<br>New York, NY 10022<br>*Attorneys for Plaintiff Elliptic Works LLC* | *VIA ELECTRONIC MAIL* |
| Gregory Grissett, Esquire<br>OFFIT KURMAN P.A.<br>401 Plymouth Road, Suite 100<br>Plymouth Meeting, PA 19462<br>*Attorneys for Plaintiff Elliptic Works LLC* | *VIA ELECTRONIC MAIL* |

/s/ Jennifer Ying
_____
Jennifer Ying (#5550)