**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELLIPTIC WORKS LLC,<br><br>Plaintiff,<br><br>v.<br><br>FLUIDRA SA, FLUIDRA NORTH AMERICA LLC, FLUIDRA USA LLC, ZODIAC POOL SOLUTIONS NORTH AMERICA LLC, ZODIAC POOL SYSTEMS LLC, and ZODIAC POOL CARE EUROPE SAS,<br><br>Defendants. | : | C.A. No. 25-160-JFM<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on September 2, 2026, Plaintiff Elliptic Works, LLC, by and through undersigned counsel, served Plaintiff's Initial Identification of Claim Terms for Construction on the following counsel of record via electronic mail:

Jennifer Ying
MORRIS NICHOLS ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com

Mitchell G. Stockwell
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309
mstockwell@ktslaw.com

Christopher S. Leah
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309
CLeah@ktslaw.com

Respectfully submitted,

**OFFIT KURMAN, PA**

*/s/ Thomas H, Kramer*
Thomas H. Kramer (#6171)
222 Delaware Avenue, Suite 1105
Wilmington, DE, 19801
Phone: (302) 351-0900
Facsimile: (302) 351-0915
tom.kramer@offitkurman.com

September 2, 2026

*Attorneys for Plaintiff Elliptic Works, LLC*

4935-2345-8253, v. 1